UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, Inc., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br>  v.<br><br>Individuals and entities doing business as the following Amazon Selling Accounts: ACKARY; AVANTAWAY; CCBAO; GRILLIKE; HIMIRL; HOZOEE; HZHJIY; MELLSSA; MUSTBUILTY; NEXPLAS; PSHIP; VIDVIE-US; and DOES 1-10,<br><br>        Defendants. | CASE NO. 2:21-cv-01512-TL<br><br>ORDER CONSOLIDATING CASES |

This matter comes before the Court on an *ex parte* motion by Amazon.com, Inc. ("Amazon") and Weber-Stephen Products LLC (collectively, "Plaintiffs") to consolidate four cases now pending before this Court (Dkt. No. 11). Upon consideration of the motion and governing law, the Court ORDERS that:

ORDER CONSOLIDATING CASES - 1

1. *Amazon.com, Inc., Amazon.com Services LLC, and Weber-Stephen Products LLC v. PDREAM and PHONIY, et al.*, Case No. 2:22-cv-00674-TL; *Amazon.com, Inc., Amazon.com Services LLC, and Weber-Stephen Products LLC v. Mustudy, et al.*, Case No. 2:22-cv-0675-TL; and *Amazon.com, Inc., Amazon.com Services, LLC, and Weber-Stephen Products LLC v. STW Hardware and Acover, et al.*, Case No. 2:22-cv-00676-TL be consolidated under 2:21-cv-01512 for all purposes, including trial.

2. Case 2:21-cv-01512 is the lead action in these matters. All future filings are only to be filed in the lead case. All future filings shall bear the following case caption and indicate whether the filing applies to all cases or specify the applicable cases:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, Inc., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>Individuals and entities doing business as the following Amazon Selling Accounts: ACKARY; AVANTAWAY; CCBAO; GRILLIKE; HIMIRL; HOZOEE; HZHJIY; MELLSSA; MUSTBUILTY; NEXPLAS; PSHIP; VIDVIE-US; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:21-cv-01512-TL<br><br>(LEAD CASE) |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS | CASE NO. 2:22-cv-00674-TL |

| | |
|---|---|
| LLC, a Delaware Limited Liability Company,<br><br>                Plaintiffs,<br>    v.<br><br>Individuals and entities doing business as PDREAM and PHONIY; and DOES 1-10,<br><br>                Defendants. | |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>                Plaintiffs,<br>    v.<br><br>Individuals and entities doing business as MUSTUDY; and DOES 1-10,<br><br>                Defendants. | CASE NO. 2:22-cv-00675-TL |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>                Plaintiffs,<br>    v.<br><br>Individuals and entities doing business as STW HARDWARE and ACOVER; and DOES 1-10,<br><br>                Defendants. | CASE NO. 2:22-cv-00676-TL |

3. The Court directs the Clerk to file a copy of this order in and administratively close member cases 2:22-cv-00674, 2:22-cv-00675, and 2:22-cv-00676.

Dated this 10th day of June 2022.

*[signature]*

Tana Lin
United States District Judge

- 4